THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM H. DRAPER, Appellant.

Argued October 14, 1952; decided November 20, 1952.

*Herbert W. Lacy* and *Leon Katzen* for appellant.

*Clarence J. Henry, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. LOUGHRAN, Ch. J., and FROESSEL, J., dissent and vote to order a new trial in the following memorandum: The defendant's constitutional protection against compulsory self incrimination was invaded when the trial prosecutor commented adversely and at length upon the defendant's refusal to take a truth serum test (see *People* v. *Forte,* 277 N. Y. 440; 8 Wigmore on Evidence [3d ed.], §§ 2272–2273). The further comment of the District Attorney to the jury that they should not be misled by any idea that this defendant, who pleaded insanity, may be confined permanently to a hospital, thus suggesting that he might be released, was also improper. [See 304 N. Y. 881.]